# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

May 8, 2023

**By ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Luis Monsanto-Germosen*, No. 17 Cr. 662

Dear Judge Engelmayer:

At the request of the Probation Department and with the consent of the government, Mr. Monsanto-Germosen respectfully requests an adjournment of the June 26 continued violation hearing to June 28, 2023, at 2:30. Probation Officer Jessica Roman informs me that she has an immovable scheduling conflict on June 26 and asked me to write the Court on her behalf. According to chambers, June 28, 2023, at 2:30 is a convenient time for the Court to hold the continued hearing. I have conferred with AUSA Jessica Greenwood, who reports that the government has no objection to this application.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF
      USPO Jessica Roman, by email

**GRANTED.** The conference is adjourned to June 28, 2023 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 207.

SO ORDERED.

5/9/2023

_____
PAUL A. ENGELMAYER
United States District Judge