UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>LUIS MONSATO-GERMOSEN,<br><br>Defendant. | 17-CR-662-05 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 76091-054, has been sentenced to a term of imprisonment of "Time Served", and therefore is to be released subject to any detainers.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 20, 2024
        New York, New York